■ In the Matter of DONALD WADE, Petitioner, v SUFFOLK COUNTY MEDICAL SOCIETY, INC., et al., Respondents. — Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the Suffolk County Medical Society, Inc. which found no basis to impose disciplinary measures against its member respondent William Diefenbach, M.D., proceeding dismissed, without costs or disbursements. A physician may bring a CPLR article 78 proceeding to challenge his expulsion from, or denial of admission to, a medical society upon a showing of "economic necessity" for membership. (*Matter of Salter v New York State Psychological Assn.,* 14 NY2d 100, 106-107; *Matter of Kurk v Medical Soc. of County of Queens,* 46 Misc 2d 790, 795, revd on other grounds 24 AD2d 897, affd 18 NY2d 928; *Dietz v American Dental Assn.,* 479 F Supp 554, 557.) However, in this case the determination was in favor of the member physician and the complainant-petitioner does not qualify among those parties who would be personally aggrieved thereby. (See *Matter of Donohue v Cornelius,* 17 NY2d 390, 396.) Accordingly, the petitioner does not have standing to bring the instant proceeding and dismissal is required. (See *Matter of Colon v Kirby,* 81 AD2d 638.) Damiani, J. P., Lazer, Mangano and Gulotta, JJ., concur.